# Exhibit 11



Elysium Global Group Structure Chart — 22 February 2015 (Case 1:18-md-02865-LAK, Document 329-18, Filed 04/27/20, Page 2 of 2)