# Exhibit 13

Paid 02/06/2017

**First Alton Inc.**
450 Alton Rd. Ste 1603
Miami Beach, FL 33139 USA

## INVOICE

| | |
|---|---|
| Date: | 5-27-2015 |
| Invoice Number: | 05171501 |
| Due Date: | 06/15/15 |

FROM:  First Alton Inc.
450 Alton Rd #1603
Miami Beach, FL 33139 USA

TO:  Ganymede Cayman Limited
c/o Genesis Trust & Corporate Services
2nd Floor, Midtown Plaza
Elgin Avenue
PO Box 448
Grand Cayman KY1-1106
Cayman Islands

TAX NOT APPLICABLE

| Description | Total |
|---|---|
| Advisory Fees | USD 2,012,559.00 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Chase Bank
Account: ████2772
SWIFT Code: CHASUS33
Bank Address: Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

Roger Lehman
Director, First Alton Inc.

ELYSIUM-00000533