**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

Master Docket 18-md-02865 (LAK)

This document relates to: All Cases

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR**
**RESPOND TO NEW AND AMENDED COMPLAINTS FILED BY PLAINTIFF**
**SKATTEFORVALTNINGEN**

IT IS HEREBY STIPULATED AND AGREED by and between Skatteforvaltningen

("SKAT") and all defendants in these actions (the "Consolidated Defendants") that the period of

time for the Consolidated Defendants each to answer or otherwise respond to any new or

amended complaints filed by SKAT pursuant to the Court's Order dated April 13, 2020 (Doc.

No. 317) under FRCP Rule 12 or Rule 15, as the case may be, shall be extended to and include

Monday, June 29, 2020, unless and to the extent a defendant required to accept service fails to

provide a waiver thereof pursuant to Rule 4(d).

This is the parties' first request to modify the time for answering or responding to these

new and amended complaints.

1

Dated: May 1, 2020

By:  /s /Marc A. Weinstein                    By:  /s /Mark D. Allison
     Marc A. Weinstein                           Mark D. Allison
     HUGHES HUBBARD & REED LLP          CAPLIN & DRYSDALE, CHARTERED
     One Battery Park Plaza                       600 Lexington Avenue, 21st Floor
     New York, New York 10004               New York, New York 10022
     Tel: (212) 837-6000                             Tel: (212) 379-6000
     marc.weinstein@hugheshubbard.com      mallison@capdale.com

     *On behalf of Plaintiff Skatteforvaltningen*    *On behalf of the Consolidated*
                                                           *Defendants*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge